**90–2340.** State, ex rel. Jones, v. Ohio Adult Parole Auth., Records Office. In Mandamus. Reported at 57 Ohio St.3d 712, 568 N.E.2d 688. On motion for rehearing. Rehearing denied.

**91–172.** State v. Mills. *Hamilton County*, No. C–880581. Reported at 62 Ohio St.3d 357, 582 N.E.2d 972. On motion for rehearing. Rehearing denied.